**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

      **v.**                                        Case No. 10-cr-11-PB

<u>**Leo Ellis**</u>

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for July 7, 2010, citing the need for additional time to finalize plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from July 7, 2010 to August 17, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 23, 2010 final pretrial conference is continued to August 2, 2010 at 3:00 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 23, 2010

cc: Jonathan Saxe, Esq.
    Jennifer Cole-Davis, AUSA
    United States Probation
    United States Marshal